UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-60173-AHS

VPR BRANDS, LP,

        Plaintiff,

v.

CARMA HOLDCO INC., J BRANDS LLC, and MIDWEST GOODS INC.,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MIDWEST GOODS INC.

Plaintiff VPR BRANDS, LP by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses Defendant MIDWEST GOODS INC., without prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: August 29, 2025

Respectfully submitted,

/s/ Layla T. Nguyen
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: FL 98220
joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff VPR Brands, LP*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS